No. 801. FOX TYPEWRITER COMPANY *v.* AUGUST J. OEHRING ET AL. March 3, 1919. Petition for a writ of

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Fred L. Chappell* for petitioner. *Mr. Hans Von Briesen* for respondents.